# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MILWAUKEE ELECTRIC TOOL CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>    Defendants. | Case No. 23-cv-4555<br><br>Judge Martha M. Pacold |

## MOTION FOR LEAVE TO FILE AN AMENDED SCHEDULE A

Plaintiff MILWAUKEE ELECTRIC TOOL CORPORATION ("Plaintiff"), by and through its undersigned counsel, for its Motion for Leave to file an Amended Schedule A, states as follows:

1. On July 14, 2023, Plaintiff filed its Complaint in this case. [Dkt. No. 1].

2. Plaintiff now seeks leave to file an Amended Complaint and dismiss the following Defendants with prejudice. Each party shall bear its own attorney's fees and costs.

    Defendant No. 117 "Aimaya"

    Defendant No. 118 "Akkucore"

    Defendant No. 130 "Blandlighting"

    Defendant No. 138 "Coolsoul Direct"

    Defendant No. 140 "Dasnite Direct"

        Defendant No. 153 "EXUN Direct"

        Defendant No. 155 "FERRYBOAT Direct"

        Defendant No. 157 "FirstPower"

        Defendant No. 182 "Mingchuanghui"

        Defendant No. 183 "MINGSCI Direct"

        Defendant No. 187 "Newbula"

        Defendant No. 191 "PDstation-US"

        Defendant No. 193 "Powerextra"

        Defendant No. 205 "THISS"

        Defendant No. 206 "THISSENERGYSYSTEM Direct"

        Defendant No. 208 "Tuoxin Direct"

        Defendant No. 210 "VANON Direct"

        Defendant No. 211 "VANTTECH Direct"

        Defendant No. 212 "VINIDA Direct"

        Defendant No. 221 "Yangdock E-commerce"

3. The Federal Rules of Civil Procedure provide in relevant part, that a plaintiff may amend its complaint with leave of Court. Federal Rule of Civil Procedure Rule 15(a)(2).

4. Courts generally grant leave to amend a pleading when justice so requires. Plaintiff submits that the filing of an Amended Schedule A to dismiss these Defendants is appropriate at this time for the matter to proceed. No motion is pending relative to these Defendants.

5. Plaintiff also requests that this Honorable Court enter an Order vacating the preliminary injunction entered on October 19, 2023 as to Defendants Vanon Direct, Mingsci Direct, THISS, JinWonNeng, coolsoul Direct, VANTTECH Direct, Exun Direct, Vinida Direct,

Blandlighting, Tuoxin Direct, Dasnite Direct, Aimaya, Thiss US, Newbula, PDstation-US, Yangdock E-commerce, THISSENERGYSYSTEM Direct, AKKUCORE-US, FirstPower and Powerextra [Dkt. No. 96] and directing Amazon to release all holds on their accounts within two business days of receipt of the Order.

      WHEREFORE, Plaintiff MILWAUKEE ELECTRIC TOOL CORPORATION moves this Honorable Court to enter an Order granting it leave to file an Amended Schedule A and dismiss these Defendants with prejudice.

DATED: October 25, 2023        Respectfully submitted,

      By:    s/ Michael A. Hierl
          Michael A. Hierl (Bar No. 3128021)
          William B. Kalbac (Bar No. 6301771)
          Robert P. McMurray (Bar No. 6324332)
          Hughes Socol Piers Resnick & Dym, Ltd.
          Three First National Plaza
          70 W. Madison Street, Suite 4000
          Chicago, Illinois 60602
          (312) 580-0100

          Attorneys for Plaintiff
          MILWAUKEE ELECTRIC TOOL CORPORATION

## **CERTIFICATE OF SERVICE**

      The undersigned attorney hereby certifies that a true and correct copy of the foregoing Motion for Leave to File an Amended Schedule A was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on October 25, 2023.

                                            s/Michael A. Hierl