IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Milwaukee Electric Tool Corporation, | ) |
| Plaintiff, | ) Case No: 1:23-cv-04555 |
| v. | ) |
| THE INDIVIDUALS, CORPORATIONS, LLCS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A, | ) Hon. Martha M. Pacold |
| Defendants. | ) |

**EAGGLEWDIRECT'S AGREED MOTION TO WITHDRAW ITS MOTION TO DISOLVE THE PRELIMINARY INJUNCTION**

NOW COMES THE DEFENDANT, Eagglewdirect, through its attorneys, and respectfully requests the Court for permission to withdraw its previously filed motion to dissolve the preliminary injunction and states as follows:

1. The Court granted the Plaintiff a preliminary injunction on October 17, 2023. Doc. 91.

2. Eagglewdirect filed a motion to dissolve the preliminary injunction. Doc. 107.

3. On November 13, 2023, the Court set a briefing schedule on Eagglewdirect's motion. Doc. 113.

4. On November 27, 2023, the Plaintiff and Eagglewdirect entered an agreement to settle their dispute.

5. The Motion to Dissolve is now moot and the parties have agreed that the motion be withdrawn.

WHEREFORE, the Defendant Eagglewdirect requests the Court permit its Motion to Dissolve the Preliminary Injunction to be withdrawn.

November 27, 2023    Respectfully submitted,

s/ Christopher Keleher

Christopher Keleher
The Keleher Appellate Law Group,
1 East Erie St., Ste. 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com

CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on November 27, 2023, a true and correct copy of the foregoing document was filed electronically with the Clerk of the Court and served on all counsel of record.

Respectfully submitted,

s/ Christopher Keleher

Christopher Keleher
The Keleher Appellate Law Group, LLC
1 East Erie Street
Suite 525
Chicago, IL 60611
312-448-8491
ckeleher@appellatelawgroup.com