# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Milwaukee Electric Tool Corporation

                                     Plaintiff,

v.

                                     Case No.:
1:23−cv−04555

Honorable Martha
M. Pacold

The Individuals, Corporations, Limited Liability
Companies, Partnerships, and Unincorporated
Associations Identified on Schedule A Hereto, et al.

                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 1, 2023:

       MINUTE entry before the Honorable Martha M. Pacold: Defendant Eagglewdirect's agreed motion to withdraw its motion to dissolve the preliminary injunction [119] is granted. Defendant Eagglewdirect's motion to dissolve the preliminary injunction [107] is withdrawn. By 12/8/2023, plaintiff and Eagglewdirect should file a joint status report updating the court on the status of the settlement unless plaintiff files a motion to amend the Schedule A by dismissing Eagglewdirect prior to that date. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.