# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Milwaukee Electric Tool Corporation

                    Plaintiff,

v.

Case No.: 1:23−cv−04555

Honorable Martha M. Pacold

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 19, 2024:

      MINUTE entry before the Honorable Martha M. Pacold: Plaintiff's motion for leave to file an amended Schedule A [125] is granted. Defendants BATTOOL−US, Elefly Direct−US, Enting, Enting, SWANKYDIRECT, Zenander, Zenander, Anytak and Anytak are dismissed with prejudice. Each party shall bear its own attorney's fees and costs. Plaintiff should file the amended Schedule A on the docket by 1/25/24. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.