# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Milwaukee Electric Tool Corporation

                    Plaintiff,

v.

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, et al.

                    Defendant.

Case No.: 1:23−cv−04555

Honorable Martha M. Pacold

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 2, 2024:

MINUTE entry before the Honorable Martha M. Pacold: Plaintiff's motion for leave to file an amended Schedule A [140], by dismissing defendant No. 137 Comby Power with prejudice is granted. Defendant 137 Comby Power is terminated. By 4/9/24, plaintiff should file the amended Schedule A on the docket. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.