# Schedule A

| No. | Defendant Name / Alias |
|---|---|
| 1 | bigoceanlove |
| 4 | lovefashion2u |
| 5 | 163wulintao |
| 6 | 98ZZT.YUD |
| 7 | balikha |
| 8 | cathang4 |
| 9 | CijixingzhaipHh |
| 10 | cocoto |
| 11 | coinhubo |
| 12 | danhat |
| 13 | Devirg Battery World |
| 14 | dfnaioghjkersnjkldhnb |
| 15 | duyufeishop |
| 16 | EBL Official Store |
| 17 | Fuoooziqi |
| 18 | Good Battery |
| 19 | Gouheng |
| 20 | Gulanly |
| 21 | harilla |
| 22 | HuangyunshiqW |
| 23 | Huiran De Dian |
| 24 | ijhfi;eowhgolih;oih'iohj'ogihi;oaergbvdfvsd |
| 25 | laowangzhongnian |
| 26 | lathutinh |
| 27 | Litaocao Bags |
| 28 | mahuyang72781 |
| 29 | Morning Glory |
| 30 | MzartinSjaxton |
| 31 | piopo |
| 32 | play boy ok |
| 33 | Power tools0 |
| 34 | qianruxiaodian |
| 35 | Qimengda Bags |
| 36 | shamjina |
| 37 | ssjfksjafhskfjfgsaf |
| 38 | teteka |
| 39 | tisoughthlntp |
| 40 | Topway Electronics Co.ltd. |
| 41 | Venzhaor Wallsticker |
| 42 | wangzuyi |

# Schedule A

| 43 | wyodahey |
|---|---|
| 44 | Yanwuliry |
| 45 | YongcanjiaBf |
| 46 | yuansanz |
| 47 | BONNII |
| 49 | Jiangsu Warmfast Electric Co., Ltd. |
| 50 | Shenzhen Dongsen Industrial Technology Co., Ltd. |
| 51 | Shenzhen WLG Tech Co., Ltd. |
| 52 | access3cc |
| 53 | aliemall |
| 55 | dahailove123 |
| 56 | iioveferrari123 |
| 57 | ismadhu-75 |
| 58 | Aaron's battery |
| 59 | Agnessmgl |
| 60 | ANNEASTORE |
| 61 | aternee |
| 62 | BBATTOOL |
| 63 | bjyaksjdbzmxn |
| 64 | bonacelltech |
| 65 | Bonagettech |
| 66 | Darling991 |
| 67 | Dashan children |
| 68 | djfiugirthw |
| 69 | Djidali |
| 70 | dtdmuzjxr |
| 71 | FHY250 |
| 72 | FYYlovers |
| 73 | gsqkjshduiasfn |
| 74 | guoshengbiao123 |
| 75 | hdkaksjfhajfv |
| 76 | Hewen de dian |
| 77 | High Capacity Battery |
| 78 | I am the alpha |
| 79 | jinglijuanl |
| 80 | Kaiyinger Leamam |
| 81 | Kaliou |
| 82 | KIJHWN |
| 83 | lapeynhey |
| 84 | lihongmei21105 |
| 85 | lirui0808 |

# Schedule A

| | |
|---|---|
| 86 | liwenzhi058991 |
| 87 | lmkaksjdhajsc |
| 88 | lyyaskjnbajikf |
| 89 | majacks |
| 90 | MarquisMattox |
| 91 | Mengte World |
| 92 | MY-2022 |
| 93 | pengpeng BATTERY |
| 94 | Quality battery |
| 95 | QWC OVAIS |
| 96 | renghj |
| 97 | rongyishuangshop |
| 98 | Sdiven Battery Shop |
| 99 | Serena shop |
| 100 | shfjahsdfjjgsdf |
| 101 | shuangxueqiannian |
| 102 | Super power batt |
| 103 | SZNMX |
| 104 | Technology Battery |
| 105 | VOLT1799 |
| 106 | WangShi Group (HK) Co.,Ltd |
| 107 | Wenyiduoe |
| 108 | XULINLIN9121 |
| 109 | YogaitengzongLgd |
| 110 | yuxiaoying555 |
| 111 | zbbs669shop |
| 112 | zhangfangye |
| 113 | Zhangyufeng93 |
| 114 | ZhengHonMei |
| 115 | zhoufei3531 |
| 116 | Acole |
| 124 | Askoteck |
| 125 | Azure Power Tech |
| 127 | BATINO BATTERY WORLD |
| 134 | BTMKSUS |
| 143 | Dr LI-Power |
| 152 | Epowon |
| 158 | FLYLINKTECH |
| 162 | Geelink US |
| 164 | HTC-US |
| 167 | Jinlide |

# Schedule A

| | |
|---|---|
| 171 | KTZAJO |
| 174 | Ladye |
| 175 | Lakiyna battery |
| 176 | Lasica Direct-US |
| 181 | Malega |
| 188 | NEWCQ |
| 198 | SURTOP-US |
| 200 | SXGG |
| 201 | SYDIYIWL |
| 214 | Wakitt Direct |
| 215 | Willump |
| 216 | woodwooder-sx |
| 218 | XFGG |
| 222 | YCDZ-US |