IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MILWAUKEE ELECTRIC TOOL CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>    Defendants. | Case No. 23-cv-4555<br><br>Judge Martha M. Pacold<br><br>Magistrate Judge Heather K. McShain |

## ORDER

No defendant has responded to plaintiff's motion for entry of default and default judgment, [146]. The motion is granted. Based on the evidence submitted in support of the temporary restraining order and the motion for entry of default and default judgment, and the admission of liability by virtue of the default, plaintiff has established that the infringement was willful, that damages should be awarded in the amount of $100,000 per defendant, and that a permanent injunction should be entered. Plaintiff has shown that the infringement of its marks causes it irreparable harm in the form of diminished goodwill and brand confidence, damage to plaintiff's reputation, loss of exclusivity, and loss of future sales; that monetary damages are inadequate to address these harms; and that the public interest would not be disserved by a permanent injunction. No defendant has appeared to argue otherwise, thus, the court also finds that the balance of the hardships favors an injunction. The $10,000 dollars surety bond posted by plaintiff is hereby released to plaintiff's counsel. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to plaintiff's counsel Michael A. Hierl, 70 West Madison Street Suite 4000, Chicago, IL 60602, via certified mail. Enter Final Judgment Order. Terminate civil case.

Date: April 23, 2024                                   /s/ Martha M. Pacold