# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Milwaukee Electric Tool Corporation, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 23-cv-04555<br>)<br>) Juddge: Hon. Martha M. Pacold |
| The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A Hereto, | )<br>) Magistrate Judge: Hon. Heather K.<br>) McShain<br>) |
| Defendants. | )<br>)<br>) |

### WITHDRAWAL OF MOTION TO VACATE DEFAULT JUDGMENT

Defendant, Geelink US (hereinafter "Defendant"), filed its Motion to Vacate Defrault Judgment on May 9, 2024.

Defendant and Plaintiff have since settled their dispute.

Accordingly, withdrawal of the Motion to Vacate is respectfully requested.

Respectfully submitted,

Dated: May 29, 2024

*/s/ Lance Liu*
Lance Liu, Esq.
Bar No. 3002946
15 Minuteman Circle
Southbury, CT 06488
Lanceliu2000@Gmail.com
(203)706-9536

**ATTORNEY FOR GEELINK US**

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 29, 2024, a copy of the foregoing document was filed electronically through the Court's CM/ECF NextGen system with notice of filing automatically sent electronically to counsels of record.

Dated: May 29, 2024                                    Respectfully submitted,

                                                                    /s/Lance Liu
                                                                    Lance Y. Liu, Esq.
                                                                    Bar No. 3002946
                                                                    Lanceliu2000@gmail.com
                                                                    15 Minuteman Circle
                                                                    Southbury, CT 06488